FILED

FEB 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES COLE, on behalf of himself and all others similarly situated,<br><br>      Plaintiff - Appellant,<br><br>  v.<br><br>CRST VAN EXPEDITED, INC., an Iowa Corporation, FKA CRST, Inc.,<br><br>      Defendant - Appellee. | No. 13-55507<br><br>D.C. No. 5:08-cv-01570-VAP-OP<br>Central District of California, Riverside<br><br>ORDER |

    The Court unanimously finds this case suitable for decision without oral argument, and grants Appellant's motion to submit the case on the briefs. Docket Entry No. 35. This case shall be submitted on the briefs and record, without oral argument, on April 9, 2015, in Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:
MOLLY DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk